NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORBERT J. CEBULA,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2006-3312

---

Petition for review of the Merit Systems Protection Board in PH0752050531-I-1.

---

## ON MOTION

---

## ORDER

Norbert J. Cebula moves for leave to have the decision in his case deleted from the internet.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAR 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Norbert J. Cebula
     David F. D'Alessandris, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK